**FORM A:** FORM TO BE USED BY A PRISONER WHEN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
Southern ~~NORTHERN~~ DISTRICT OF IOWA
~~Southern~~

_Aaron John Collins_ :
_____ :
_____ :
_____ :
_____ :
(Enter above the full name of the
plaintiff or plaintiffs in this
action.)

RECEIVED
AUG 02 2018
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

vs.

SEE ATTACHED →
_Iowa Medical Classification Center_ :
_Greg Ort, Dave DeGrange, Chad Oettgen_ :
_David Hideman, John Hawks_ :
_Kelli Collins, Sean Atwater_ :
_Iowa State Penitentiary, Brandon Gilpin_ :
(Enter above the full name of the
defendant or defendants in this
action, if known.)

COMPLAINT
1983
Jury trial

(NOTE: If there is more than one plaintiff, a separate sheet should be attached giving the information in parts I and II below for each plaintiff, by name.)

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES (✓) NO ( )

   B. If your answer to A is YES, please answer the questions below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to previous lawsuit:

         Plaintiffs _Aaron John Collins_

         Defendants _Travis Anderson, Hunter Wissink, Kynsie Anderson_
         _Polk County Iowa_

      2. Court (If federal court, name the district; if state court, name the county.) _United State District Court For the Southern District of Iowa Central ~~Iowa~~ Division_

1

Aaron John Collins — plaintiff

VS.

Iowa State Pententiary
Iowa Medical Classification # Center
Greg Ort
David DeGrange
Chad Oeltjen
John Hawks                  } Defendants
Angela Roller
Michelle Waddle
Sean Atwater
Brandon Gilpin
David Hideman

3. Docket Number ~~12.~~ 4:18-cv-00163-JEG-HCA

4. Name of judge to whom case was assigned
   James E. Gritzner

5. Disposition, if known (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   Its pending!

6. Approximate date of filing lawsuit 5-25-18

7. Approximate date of disposition pending

II. Place of Present Confinement IOWA MEDICAL CLASSIFICATION CENTER

   A. Is there a prisoner grievance procedure in this institution?
      YES (X)     NO ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? YES (X)  NO ( )

   C. If your answer is YES,

      1. What steps did you take? INFORMAL GRIEVANCES WITH: ANGIE ROLLER, MICHELE WADDLE, GREG ORT, PATTI WACHTENDORF, DAVID DeGRANGE & GRIEVANCE W/ APPEALS TO JIM McKENNEY

      2. What was the result? NOT PROCESSED WITHIN DOC POLICY GUIDELINES, DENIED WHEN ANSWERED, OR NOT ANSWERED AT ALL

   D. If your answer is NO, explain why not _____

   E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?
      YES ( )     NO ( )

2

F.  If your answer is YES,

   1.  What steps did you take? _____
   _____
   _____

   2.  What was the result? _____
   _____
   _____

III. **Parties**

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of Plaintiff AARON J. COLLINS
    Address IMCC 2700 CORAL RIDGE AVE CORALVILLE IA 52241

B.  Additional Plaintiffs _____
    _____

In item C below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.

[handwritten margin note: white paper attached on back]

C.  Defendant SEE ATTACHED is employed as
    _____ at _____.

D.  Additional Defendant(s) is/are employed as _____
    _____ at _____.
    _____
    _____.

IV. **Jurisdiction**

This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343(a)(3). Plaintiff(s) allege(s) that the defendant(s) acted under color of state law with regard to the facts stated in Part V of this complaint.

3

GREG ORT
CHAD OELTJEN
DAVID HIDEMAN
KELLI COLLINS
&
Iowa Medical Classification & Center!

ADDRESS: IMCC
2700 Coral Ridge Ave.
Coralville, Ia 52241

Defendants: Iowa State Penitentiary!
PATTI WACHTENDORF
DAVID DEGRANGE
JOHN HAWKS
SEAN ATWATER
BRANDON GILPIN
&
Iowa State Penitentiary!

ADDRESS: ISP
P.O. Box 316
Fort Madison Ia 52627

## V.   Statement of Claim

(State here as briefly as possible the FACTS of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet <u>if necessary</u>, and write the heading PART V CONTINUED at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

December 7th 2017 I was sent to Imcc/Oakdale from County Jail. When I had gotten to Imcc I had told my Counslor Chad Oeltjen and Greg Ort that I had enemies that followed me to the Prison, on December 25th 2017 on Camera an inmate by the last name Smith, was seen on Camera taking off his Shirt and running into my Cell to attack me and did! Meanwhile two other inmates where seen on camera holding the my door closed! The inmates that were Closing my door close were the same Security threat Group that the correctional officers had hired, The Fries & Woods! The Fries & Woods as seen on the Camera holding my door closed had paid Smith Commisary to run into my room! No investigation was or has been done what so ever! I was Attacked and punched in the head, Face, mouth ect! I was seeing Greg Ort and he told me that I didn't have the right to protect myself that I should of laid on the floor and screamed for help! my door was being closed! Greg Ort told me to have fun at ISP! Imcc Sent me to a camp where these enemies are after I told them who they were! At ISP I was targeted by Correctional officers for writting or filing a ~~targeted enemies~~ 1983 Civil Case form! I was made to eat my meals on the floor for 5 1/2 month or so! on may 5th 2018 I was sprayed by mk-9 Riot Spray in my privets or man area, I had passed out and my face was burnt and I was refused a nurse or medical treatment! I am being Abuse in every ~~way~~ way possible in the D.O.C! I am now at Imcc again and I am being made to eat my meals on the floor again, my Religon Rights are being violated by eating on the floor and by eating on the floor is cruel and eating standing up or on my bed is unusual which clearly states that my 8th amendment is being violated! Both prisons are not processing my informals kites or Grievances ect, ~~Reap~~ Reason why is because of my 1983 Case!

## VI.   Relief

(State briefly <u>exactly what you want the court to do for you</u>. Make no legal arguments. Cite no cases or statutes.)

I want $250,000.00 dollars in united states Currency, for pain and suffering personal injury, violation of my 8th, 7th and 14th amendments! ~~I would like to personally been~~ I want no other inmates targeted by any person in the IDOC, that meansif an inmate files a 1983 case then if the Department of Corrections is targeting the inmate, the Courts with in reason have the right to replace inmate, or offer some type of protection!, from the ~~Corrected~~ Department of Corrections, from being targeted by the Department of Corrections!

**VII. Statement Regarding Assistance in Preparing This Complaint**

A.  Did any person other than a named plaintiff in this action assist you in preparing this complaint?  YES ( )   NO (✓)

B.  If your answer is YES, name the person who assisted you.

_____

C.  Signature of person who helped/prepare complaint.

_7-10-18_____   ___[signature]_____
(Date)                   (Signature)

**VIII. Signature(s) of Plaintiff(s)**

Signed this _10th_ day of _July_____, 20_18_.

___[signature]_____
(Signature)

Signatures of additional plaintiffs, if any:

_____
_____
_____
_____
_____

5

Any thing that you can send me or should send me, please send it to me at the address below!

Imcc
2700 Coral Ridge Ave.
Coralville, Ia 52241

Aaron John Collins 622
**IOWA MEDICAL and CLASSIFICATION**
2700 Coral Ridge Ave.
Coralville, IA 52241

NOTICE! This correspondence was mail[ed from]
an institution operated by the Iowa Depar[tment of]
Corrections. The contents are uncensored.

NEOPOST
07/31/2018
US POSTAGE $000.21



31 JUL 2018 PM
ZIP 52241
041M11284792

NEOPOST
07/11/2018
US POSTAGE $000.47
FIRST-CLASS MAIL

ZIP 52241
041M11284792

U.S. DISTRICT CLERK OF COURT 8th CIRCUIT FEDERAL
SOUTHERN DISTRICT
123 EAST WALNUT STREET
DES MOINES, IA 50309   X-RAYED & CLEARED BY U.S.M.S.

POSTAGE DUE 21¢
2.02

50309$2084